# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| COCKY BULL, LLC, a California Corporation,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>DESERT COMMUNITY BANK, a California Corporation; and DOES 1-100 inclusive,<br><br>　　　　Defendants. | Case No. SACV-10-1634-JVS(FFMx)<br><br>**JUDGMENT** |

　　　　The Application of Defendant Desert Community Bank, A Division Of East West Bank, a California Banking Corporation's ("Bank") for a Judgment of Dismissal based on Plaintiff Cocky Bull, LLC, a purported California Corporation's ("Bull") failure to timely file an amended complaint, or at all, having been granted, and good cause appearing therefor:

BUCHALTER NEMER
A PROFESSIONAL CORPORATION
IRVINE

BN 8349218v1                                    1

**[PROPOSED] JUDGMENT– CASE NO.: SACV-10-1634-JVS (FFMX)**

1  **IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that this
2  action against the Bank is dismissed in its entirety, with prejudice, pursuant to
3  Fed. R. Civ. P. 41(b).  The Bank shall recover its costs of suit from Bull pursuant to
4  a bill of costs.

DATED: March 23, 2011

_____
JAMES V. SELNA
UNITED STATES DISTRICT JUDGE